```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
MARTIN KEANE and CHARLIE HALL, SR.,:
as Trustees and Fiduciaries of the Union
Mutual Fund,                                            :
                                                        :
                                                        :
                    Plaintiffs,                         :
                                                        :
              - against-                                :
                                                        :
RAPHAEL DRUG & HEALTH, LTD., d/b/a                      :
BROADWAY DRUGS, LTD.                                    :
                                                        :
                    Defendant.                          :
--------------------------------------------------------x
```





RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorneys of record for Trustees and Fiduciaries of the Union Mutual Fund, certify that Plaintiffs comprise a Board of Trustees that has no corporate parents, subsidiaries, or affiliates.

Dated: New York, New York
       July 17, 2007

_____
Nathan V. Bishop (NB-1880)

FRIEDMAN & WOLF
1500 Broadway, Suite 2300
New York, New York 10036
(212) 354-4500

Attorneys for Plaintiffs

Author: NVB    Doc Number: 77363