```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARTIN KEANE and CHARLIE HALL, SR.,:
as Trustees and Fiduciaries of the Union
Mutual Fund,                                      :
                                                  :
                                                  :
                    Plaintiffs,                   :
                                                  :
              - against-                          :
                                                  :
RAPHAEL DRUG & HEALTH, LTD., d/b/a                :
BROADWAY DRUGS, LTD.                              :
                                                  :
                    Defendant.                    :
------------------------------------------------------------x
```





Judge Berman

JUL 1 8 2007
U.S.D.C. S.D. N.Y.
CASHIERS

RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorneys of record for Trustees and Fiduciaries of the Union Mutual Fund, certify that Plaintiffs comprise a Board of Trustees that has no corporate parents, subsidiaries, or affiliates.

Dated: New York, New York
       July 17, 2007

                                    _____
                                    Nathan V. Bishop (NB-1880)

                                    FRIEDMAN & WOLF
                                    1500 Broadway, Suite 2300
                                    New York, New York 10036
                                    (212) 354-4500

                                    Attorneys for Plaintiffs

Author: NVB    Doc Number: 77363