**MEMO ENDORSED**
*p.2*

# FRIEDMAN & WOLF
ATTORNEYS AT LAW

1500 BROADWAY

NEW YORK, NEW YORK 10036

(212) 354-4500



RECEIVED
AUG 10 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

EUGENE S. FRIEDMAN
WILLIAM K. WOLF
MICHAEL BAUMAN
WILLIAM ANSPACH

ABIGAIL R. LEVY
NATHAN V. BISHOP
AMIE RAVITZ HOGAN
ERINN WEEKS WALDNER
ELISE S. FELDMAN
JAE W. CHUN
ANUSHA RASALINGAM

Fax: (212) 719-9072
www.friedmanwolf.com

August 9, 2007

VIA FIRST CLASS MAIL

The Hon. Richard M. Berman, U.S.D.J.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

          Re: Keane v. Raphael Drug & Health, LTD.
              d/b/a Broadway Drugs, LTD., CV-
              076487 (RMB)(AJP)

Dear Judge Berman:

      We are counsel to the Trustees and fiduciaries of the Union Mutual Fund, Plaintiffs in the above-referenced action. We write, with the consent of Defendant Broadway Drugs, to request a brief adjournment of the initial conference currently scheduled for 9:00 a.m. on August 28, 2007. Counsel for Plaintiffs has a deposition in Central Islip, NY at 10:00 a.m. that day. This is the first request for an adjournment of the conference.

      Having conferred with counsel for Broadway Drugs, both parties are available on September 4, 2007 and September 5, 2007, if the Court is amenable to rescheduling the conference for one of those dates.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/07

Author: NVB   Doc Number: 77667

FRIEDMAN & WOLF

The Hon. Richard M. Berman, U.S.D.J.
August 9, 2007
Page 2

       Thank you for your attention to this matter.

                                   Respectfully submitted,

                                   Nathan V. Bishop

cc:  The Hon. Andrew J. Peck, U.S.M.J.
      C. Jonathan Chen, Esq.

---

CONFERENCE ADJOURNED UNTIL 9/4/07 AT 9:30A.M.

SO ORDERED:
Date: 8/10/07
Richard M. Berman, U.S.D.J.

---

Author: NVB   Doc Number:77667