UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Martin Keane & Charlie Hall, SR as Trustees
and Fiduciaries of the     Plaintiff(s),
Union Mutual Fund,
                    -v-

Raphael Drug & Health, LTD d/b/a
Broadway Drugs LTD     Defendant(s).
------------------------------------------------------------X

**Case Management Plan**

07 - CV. - 6487 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by   11/30/07.

(ii)  Amend the pleadings by   10/31/07

(iii) All discovery to be **expeditiously** completed by   1/04/08  RMB

(iv)  Consent to Proceed before Magistrate Judge _____

(v)   Status of settlement discussions  with preparation 1/07/08 @ 10:30 A.M.

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions ████████████

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other _____

SO ORDERED: New York, New York
            9/4/07

RMB
Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/04/07