USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARTIN KEANE and CHARLES HALL SR.,          :

                              Plaintiffs,          :          07 Civ. 6487 (RMB)

          -against-                                :          **ORDER OF DISCONTINUANCE**

RAPHAEL DRUG & HEALTH LTD.,                 :

                              Defendant.           :
-----------------------------------------------------------X

        Based on Plaintiffs having indicated in a letter, dated January 9, 2008, that the parties

have reached a settlement agreement in principle, it is hereby

        **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued;

provided, however, that within thirty (30) days of the date of this Order, the Plaintiff or

Defendant may apply by letter showing good cause why this action should be restored to the

calendar of the undersigned.

        The conference scheduled for 9:30 a.m. on Friday, January 11, 2008 is vacated as moot.

**SO ORDERED**.

Dated: New York, New York
       January 9, 2008

_____
Richard M. Berman, U.S.D.J.